# EXHIBIT G

# PART I

CoStar Image



Infringing Image on CommercialSearch



Address:                                    Registration Number:        Photographer:

109 5th St, Spencer, NC 28159               VA 1-391-699                Andrea Erickson

CoStar Image



Infringing Image on CommercialSearch



Address:                              Registration Number:          Photographer:

420 Technology Way, Saukville, WI 53080   VA 1-429-653              Chad Hug

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 485 S Broadway St, Akron, OH 44308 | VA 1-429-147 | Pamela Lawrentz |

CoStar Image



Infringing Image on CommercialSearch



Address:

Registration Number:

Photographer:

130 Beasley St, Jackson, TN 38301

VA 1-404-000

Kimberly Spencer

CoStar Image



Infringing Image on CommercialSearch



Address:                               Registration Number:        Photographer:

8000 Woodley Ave, Van Nuys, CA 91406   VA 1-421-740               Pitchapuk Jirawongsapan

CoStar Image



Infringing Image on CommercialSearch



Address:

1030 S Salisbury Ave, Spencer, NC 28159

Registration Number:

VA 1-392-005

Photographer:

Andrea Erickson

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 1326 Oak St, Melbourne, FL 32901 | VA 1-375-662 | Susan Christman |

CoStar Image



Infringing Image on CommercialSearch



Address: Registration Number: Photographer:

1326 Oak St, Melbourne, FL 32901 VA 1-375-662 Susan Christman

CoStar Image



Infringing Image on CommercialSearch



Address:                                    Registration Number:        Photographer:

1326 Oak St, Melbourne, FL 32901            VA 1-375-662                Susan Christman

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 1110 E State Highway 114, Southlake, TX 76092 | VA 1-434-371 | Keith Howard |

CoStar Image



Infringing Image on CommercialSearch



Address: | Registration Number: | Photographer:

1110 E State Highway 114, Southlake, TX 76092 | VA 1-434-371 | Keith Howard

CoStar Image



Infringing Image on CommercialSearch



CoStar Image



Infringing Image on CommercialSearch



Address:                                    Registration Number:              Photographer:

150 Sage Brush Trl, Ormond Beach, FL 32174   VA 1-434-378                     Robert Dallas

CoStar Image



Infringing Image on CommercialSearch



Address:                                Registration Number:          Photographer:

2443 Commerce Point Dr, Lakeland, FL 33801    VA 1-919-040                James Petrylka

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 6538 N Tryon St, Charlotte, NC 28213 | Filed – Pending | Jill Gilbert |

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 3118 Gulf to Bay Blvd, Clearwater, FL 33759 | VA 1-434-797 | James Petrylka |

CoStar Image



Infringing Image on CommercialSearch



Address:                              Registration Number:        Photographer:

3118 Gulf to Bay Blvd, Clearwater, FL 33759    VA 1-434-797        James Petrylka

CoStar Image



Infringing Image on CommercialSearch



Address:                          Registration Number:          Photographer:

614 W Superior Ave, Cleveland, OH 44113    VA 1-431-582              Linda Cook

CoStar Image                          Infringing Image on CommercialSearch




Address:                          Registration Number:          Photographer:

614 W Superior Ave, Cleveland, OH 44113          VA 1-431-582          Linda Cook

CoStar Image                          Infringing Image on CommercialSearch

     

Address:

190 Civic Cir, Lewisville, TX 75067

Registration Number:

VA 1-918-883

Photographer:

Keith Howard

CoStar Image



Infringing Image on CommercialSearch



Address:                          Registration Number:        Photographer:

162 4th Ave N, Nashville, TN 37219     VA 1-431-138                Mark McNamara

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 105 2nd St E, Hastings, MN 55033 | VA 1-918-519 | Jeff Karels |

CoStar Image



Infringing Image on CommercialSearch



Address:

1344 S Apollo Blvd, Melbourne, FL 32901

Registration Number:

VA 1-434-615

Photographer:

Robert Dallas

CoStar Image



Infringing Image on CommercialSearch



Address:                                Registration Number:        Photographer:

1344 S Apollo Blvd, Melbourne, FL 32901          VA 1-434-615                Robert Dallas

CoStar Image



Infringing Image on CommercialSearch

