IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>XCELIGENT, INC.<br><br>Defendant. | Case No. _____ |

**CORPORATE CERTIFICATE OF INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, undersigned counsel discloses on behalf of Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc. the following information:

CoStar Realty Information, Inc., and LoopNet, Inc. are wholly owned subsidiaries of CoStar Group, Inc. No publicly held entity owns more than 10 percent of the stock of CoStar Group, Inc.

Dated:  December 12, 2016				Respectfully submitted,

By: /s/ Eric M. Anielak
Eric M. Anielak – MO Bar #: 45653
Elizabeth Fessler – MO Bar #: 67169
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
eanielak@shb.com
efessler@shb.com

Nicholas J. Boyle (*pro hac vice* forthcoming)
C. Bryan Wilson (*pro hac vice* forthcoming)
Matthew H. Blumenstein (*pro hac vice* forthcoming)
Jonah E. Perlin (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
nboyle@wc.com
bwilson@wc.com
mblumenstein@wc.com
jperlin@wc.com

*Attorneys for Plaintiffs CoStar Group Inc., CoStar Realty Information Inc., and LoopNet, Inc.*