IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>XCELIGENT, INC.,<br><br>Defendant. | Case No. 4:16-cv-01288-FJG |

## DEFENDANT XCELIGENT, INC.'S MOTION TO DISMISS

COMES NOW defendant Xceligent, Inc. and moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint of Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc. in its entirety for failure to state a claim upon which relief can be granted because the Complaint is barred by a Federal Trade Commission order dated August 29, 2012 that concerns CoStar Group's acquisition of LoopNet and required LoopNet's divestiture of Xceligent (the "FTC Order").[1] The FTC Order, which binds Plaintiffs, specifically (i) is intended to enable Xceligent to expand and increase its effectiveness as a competitor to CoStar and LoopNet, (ii) forbids Plaintiffs from "[d]irectly or indirectly" prohibiting or restricting commercial real estate brokers from providing their listing information or data to Xceligent, and (iii) prohibits Plaintiffs from pursuing litigation seeking relief inconsistent with the terms or purposes of the FTC Order.

Independent of the FTC Order, Plaintiffs fail to state a claim for relief on two of the four causes of action asserted. The claim under the Computer Fraud and Abuse Act ("CFAA") fails

---

[1] The FTC Order is attached as Exhibit F to Xceligent's Suggestions in support of its motion and as Exhibit 1 to Xceligent's request for judicial notice, both of which are filed concurrently herewith.

because the Complaint contains only a formulaic recitation of the elements of a cause of action and fails to allege a cognizable "loss" — *i.e.*, one based on "interruption of service" or "actual computer impairment." *See* 18 U.S.C. §§ 1030(a)(5)(c), 1030(e)(11). The claim under the Digital Millennium Copyright Act ("DMCA") fails because Plaintiffs do not allege that Xceligent removed, altered, and/or replaced "copyright management information" as defined in the statute. *See* 17 U.S.C. § 1202(c)(3).

Contemporaneous with the filing of this motion, Xceligent is filing its Suggestions in support further explaining why the Complaint should be dismissed.

WHEREFORE, Xceligent hereby respectfully requests that the Court grant Xceligent's Motion to Dismiss based on the arguments put forth in Xceligent's Suggestions in support of its Motion to Dismiss.

Dated: January 27, 2017                    Respectfully Submitted,

                                           POLSINELLI PC

                                           */s/ Robert A. Henderson*
                                           ROBERT A. HENDERSON         #28566
                                           JOHN M. TYNER               #58864
                                           AMY D. FITTS                #61460
                                           900 W. 48th Place, Suite 900
                                           Kansas City, Missouri  64112
                                           (816) 753-1000
                                           Fax:  816-753-1536
                                           rhenderson@polsinelli.com
                                           jtyner@polsinelli.com
                                           afitts@polsinelli.com

                                           Brian H. Polovoy (Pro Hac Vice)
                                           John Gueli (Pro Hac Vice)
                                           Thomas R. Makin (Pro Hac Vice)
                                           SHEARMAN & STERLING LLP
                                           599 Lexington Avenue
                                           New York, New York  10022
                                           bpolovoy@shearman.com
                                           jgueli@shearman.com
                                           Thomas.makin@shearman.com

                                           ATTORNEYS FOR DEFENDANT
                                           XCELIGENT, INC.

3

# CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 27th day of January, 2017, to all the following counsel of record:

  Eric M. Anielak
  Elizabeth Fessler
  Shook, Hardy & Bacon L.L.P.
  2555 Grand Boulevard
  Kansas City, MO 64108
  *Attorneys for Plaintiffs*

  Nicholas J. Boyle
  C. Bryan Wilson
  Matthew H. Blumenstein
  Jonah E. Perlin
  Williams & Connolly LLP
  725 12th Street, N.W.
  Washington, DC 20005
  *Attorneys for Plaintiffs*

               */s/ Robert A. Henderson*_____
               ATTORNEY FOR DEFENDANT

04/603873