IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC.<br><br>       Plaintiffs,<br><br>       v.<br><br>XCELIGENT, INC.<br><br>       Defendant. | Case No. 4:16-cv-01228-FJG |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc. notify the Court that on January 31, 2017, they served via electronic mail and first class mail to Defendant in the above-captioned matter:

- Plaintiff CoStar Group Inc.'s First Set of Requests for Production of Documents
- Plaintiff CoStar Group Inc.'s First Set of Interrogatories
- Notice of Subpoena for the Production of Documents to Amazon.com, Inc.
- Notice of Subpoena for the Production of Documents to DropBox, Inc.
- Notice of Subpoena for the Production of Documents to RE BackOffice, Inc.

upon:

Robert A. Henderson
Polsinelli PC
900 W. 48th Street, Suite 900
Kansas City, MO 64112
Telephone: (816) 374-0530

Brian H. Polovoy
John Gueli
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000

*Attorneys for Defendant Xceligent, Inc.*

                                        Respectfully Submitted,

                                        By: /s/ Elizabeth Fessler

Eric M. Anielak – MO Bar # 45653
Elizabeth Fessler – MO Bar # 67169
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108

Nicholas J. Boyle (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Matthew H. Blumenstein (*pro hac vice*)
Jonah E. Perlin (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Attorneys for Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc.*