IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC.<br><br>      Plaintiffs,<br><br>      v.<br><br>XCELIGENT, INC.<br><br>      Defendant. | Case No. 4:16-cv-01228-FJG |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc. notify the Court that on March 7, 2017, they served via electronic mail the following, along with a copy of this certificate:

- Notice of Subpoena for the Production of Documents to AIR Commercial Real Estate Association;

- Notice of Subpoena for the Production of Documents to Cloudinary, Inc.;

- Notice of Subpoena for the Production of Documents to Notice of Subpoena for the Production of Documents to Equity, LLC;

- Notice of Subpoena for the Production of Documents to WebFurther, LLC and WebPurify.com;

- Notice of Subpoena for the Production of Documents to Health Connect Properties, Inc.; and

- Notice of Subpoena for the Production of Documents to Skype Communications US Corp.

upon:

Robert A. Henderson
John M. Tyner
Amy D. Fitts
Polsinelli PC
900 W. 48th Street, Suite 900
Kansas City, MO 64112
rhenderson@polsinelli.com
jtyner@polsinelli.com
afitts@polsinelli.com

Brian H. Polovoy
John Gueli
Thomas R. Makin
Randall Martin
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
bpolovoy@shearman.com
jgueli@shearman.com
thomas.makin@shearman.com
randall.martin@shearman.com

*Attorneys for Defendant Xceligent, Inc.*

Respectfully Submitted,

By: /s/ Elizabeth Fessler
Eric M. Anielak – MO Bar # 45653
Elizabeth Fessler – MO Bar # 67169
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108

Nicholas J. Boyle (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Matthew H. Blumenstein (*pro hac vice*)
Jonah E. Perlin (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc.*