**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| COSTAR GROUP, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XCELIGENT, INC., <br><br> Defendant. | Case No. 4:16-cv-01288-FJG |

## MOTION FOR LEAVE TO WITHDRAW

COME NOW Brian H. Polovoy, John Gueli and Thomas R. Makin and hereby move to withdraw as counsel for Defendant Xceligent, Inc. In support, counsel states that Robert A. Henderson, John M. Tyner and Amy D. Fitts of Polsinelli PC will remain as lead counsel for Defendant Xceligent, Inc.

WHEREFORE, the undersigned respectfully request this Court grant this Motion for Leave to Withdraw and enter an Order allowing the undersigned to withdraw from representing Defendant Xceligent, Inc. as counsel in this matter.

Dated: April 20, 2017                SHEARMAN & STERLING LLP

/s/ Brian H. Polovoy
Brian H. Polovoy (Pro Hac Vice)
John Gueli (Pro Hac Vice)
Thomas R. Makin (Pro Hac Vice)
599 Lexington Avenue
New York, New York 10022
bpolovoy@shearman.com
jgueli@shearman.com
Thomas.makin@shearman.com
*ATTORNEYS FOR DEFENDANT XCELIGENT, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 20th day of April, 2017, to all counsel of record.

/s/ Brian H. Polovoy
Brian H. Polovoy (Pro Hac Vice)