IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC.<br><br>                Plaintiffs,<br><br>      v.<br><br>XCELIGENT, INC.,<br><br>                Defendant. | Case No. 4:16-cv-01288-FJG |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc. notify the Court that on May 25, 2017 they served via electronic mail a Notice of Subpoena for the Production of Documents, along with a copy of this certificate, upon:

- Growth Investment Group Real Estate, Inc.;
- Jamie Barati;
- Justin McCardle; and
- Keller Williams, Inc. Realtors

Robert A. Henderson
John M. Tyner
Amy D. Fitts
Polsinelli PC
900 W. 48th Street, Suite 900
Kansas City, MO 64112
rhenderson@polsinelli.com
jtyner@polsinelli.com
afitts@polsinelli.com

*Attorneys for Defendant Xceligent, Inc.*

Respectfully submitted,

By: /s/ Elizabeth Fessler
Eric M. Anielak – MO Bar # 45653
Elizabeth Fessler – MO Bar # 67169
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
eanielak@shb.com
efessler@shb.com


Nicholas J. Boyle (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Matthew H. Blumenstein (*pro hac vice*)
Jonah E. Perlin (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc.*