IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **COSTAR GROUP, INC., et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-01288-FJG |
| | ) | |
| **XCELIGENT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Plaintiffs CoStar Group, Inc., CoStar Realty Information, Inc., and LoopNet, Inc. and Defendant Xceligent, Inc. (collectively, the "Parties") state the following in response to the Court's request for a status report regarding the Parties' efforts to resolve certain outstanding disputes over the discovery of electronically stored information ("ESI"):

1. The Parties have agreed to an ESI Protocol, which will be jointly submitted to the Court today.

2. The Parties have exchanged additional search term and custodian proposals and have met and conferred in detail regarding those proposals.

3. The Parties have not yet agreed on initial parameters for search terms and custodians, but the Parties have made progress in their negotiations. Thus, the Parties request the opportunity to continue to meet and confer until June 14, 2014 to see if an agreement can be reached.

Dated: June 7, 2017               Respectfully Submitted,

                                  POLSINELLI PC


                                  */s/ John M. Tyner*
                                  Robert A. Henderson         #28566
                                  John M. Tyner               #58864
                                  Amy D. Fitts                #61460
                                  900 W. 48th Place, Suite 900
                                  Kansas City, Missouri 64112
                                  (816) 753-1000
                                  Fax: 816-753-1536
                                  rhenderson@polsinelli.com
                                  jtyner@polsinelli.com
                                  afitts@polsinelli.com

                                  *Attorneys for Defendant Xceligent, Inc.*


                                  */s/ C. Bryan Wilson*
                                  WILLIAMS & CONNOLLY LLP
                                  Nicholas J. Boyle (*pro hac vice*)
                                  C. Bryan Wilson (*pro hac vice*)
                                  Matthew H. Blumenstein (*pro hac vice*)
                                  Jonah E. Perlin (*pro hac vice*)
                                  725 Twelfth Street, N.W.
                                  Washington, DC 20005
                                  Telephone: (202) 434-5000
                                  Facsimile: (202) 434-5029
                                  nboyle@wc.com
                                  bwilson@wc.com
                                  mblumenstein@wc.com
                                  jperlin@wc.com

                                  SHOOK, HARDY & BACON L.L.P.
                                  Eric M. Anielak – MO Bar # 45653
                                  Elizabeth Fessler – MO Bar # 67169
                                  2555 Grand Boulevard
                                  Kansas City, MO 64108

                                  *Attorneys for Plaintiffs CoStar Group, Inc.,*
                                  *CoStar Realty Information, Inc., and*
                                  *LoopNet, Inc.*