# EXHIBIT F

# PART I

| Address: | Registration Number: | Photographer: |
| --- | --- | --- |
| 1434 Collins Ave, Miami Beach, FL 33139 | VA 1-636-721 | Jose Rosales |

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 109 5th St, Spencer, NC 28159 | VA 1-391-699 | Andrea Erickson |

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 420 Technology Way, Saukville, WI 53080 | VA 1-429-653 | Chad Hug |

CoStar Image



Infringing Image on CommercialSearch



Address:

485 S Broadway St, Akron, OH 44308

Registration Number:

VA 1-429-147

Photographer:

Pamela Lawrentz

CoStar Image



Infringing Image on CommercialSearch



Address:                    Registration Number:        Photographer:

130 Beasley St, Jackson, TN 38301        VA 1-404-000        Kimberly Spencer

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 8000 Woodley Ave, Van Nuys, CA 91406 | VA 1-421-740 | Pitchapuk Jirawongsapan |

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 1030 S Salisbury Ave, Spencer, NC 28159 | VA 1-392-005 | Andrea Erickson |

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 1326 Oak St, Melbourne, FL 32901 | VA 1-375-662 | Susan Christman |

CoStar Image



Infringing Image on CommercialSearch



Address:                                Registration Number:            Photographer:

1326 Oak St, Melbourne, FL 32901        VA 1-375-662                    Susan Christman

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
| --- | --- | --- |
| 1326 Oak St, Melbourne, FL 32901 | VA 1-375-662 | Susan Christman |

CoStar Image



Infringing Image on CommercialSearch



Address:

1110 E State Highway 114, Southlake, TX 76092

Registration Number:

VA 1-434-371

Photographer:

Keith Howard

CoStar Image



Infringing Image on CommercialSearch



Address:                          Registration Number:        Photographer:

1110 E State Highway 114, Southlake, TX 76092    VA 1-434-371    Keith Howard

CoStar Image

Infringing Image on CommercialSearch



Address:                          Registration Number:          Photographer:

255 Aragon Ave, Coral Gables, FL 33134     Filed – Pending          Carolyn Crisp

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 150 Sage Brush Trl, Ormond Beach, FL 32174 | VA 1-434-378 | Robert Dallas |

CoStar Image



Infringing Image on CommercialSearch



Address:

2443 Commerce Point Dr, Lakeland, FL 33801

Registration Number:

VA 1-919-040

Photographer:

James Petrylka

CoStar Image



Infringing Image on CommercialSearch



Address:                          Registration Number:        Photographer:

6538 N Tryon St, Charlotte, NC 28213    Filed – Pending            Jill Gilbert

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
| --- | --- | --- |
| 3118 Gulf to Bay Blvd, Clearwater, FL 33759 | VA 1-434-797 | James Petrylka |

CoStar Image



Infringing Image on CommercialSearch



Address:                        Registration Number:      Photographer:

3118 Gulf to Bay Blvd, Clearwater, FL 33759      VA 1-434-797      James Petrylka

CoStar Image



Infringing Image on CommercialSearch



Address:

614 W Superior Ave, Cleveland, OH 44113

CoStar Image

Registration Number:

VA 1-431-582

Photographer:

Linda Cook

Infringing Image on CommercialSearch





Address:                                    Registration Number:        Photographer:

614 W Superior Ave, Cleveland, OH 44113     VA 1-431-582               Linda Cook

CoStar Image                                Infringing Image on CommercialSearch




Address:

Registration Number:

Photographer:

190 Civic Cir, Lewisville, TX 75067

VA 1-918-883

Keith Howard

CoStar Image



Infringing Image on CommercialSearch



| Address: | Registration Number: | Photographer: |
|---|---|---|
| 162 4th Ave N, Nashville, TN 37219 | VA 1-431-138 | Mark McNamara |

CoStar Image



Infringing Image on CommercialSearch



Address:                                   Registration Number:        Photographer:

105 2nd St E, Hastings, MN 55033            VA 1-918-519                Jeff Karels

CoStar Image



Infringing Image on CommercialSearch



Address:

1344 S Apollo Blvd, Melbourne, FL 32901

Registration Number:

VA 1-434-615

Photographer:

Robert Dallas

CoStar Image



Infringing Image on CommercialSearch



Address: | Registration Number: | Photographer:

1344 S Apollo Blvd, Melbourne, FL 32901 | VA 1-434-615 | Robert Dallas

CoStar Image



Infringing Image on CommercialSearch

