# EXHIBIT D



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 10 03:47:06 EST 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 9 out of 136**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | COSTAR |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Real estate services, namely, providing real estate information and providing real estate analytics connected to real property. FIRST USE: 20140512. FIRST USE IN COMMERCE: 20140512 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>26.01.09 - Circles having animals as a border; Circles having geometric figures as a border; Circles having humans as a border; Circles having objects as a border; Circles having plants as a border; Geometric figures, objects, humans, plants or animals forming or bordering the perimeter of a circle.<br>26.15.03 - Incomplete polygons and polygons made of broken or dotted lines; Polygons (incomplete); Polygons made with broken lines<br>26.15.13 - More than one polygon<br>26.15.21 - Polygons that are completely or partially shaded |
| **Serial Number** | 86344795 |
| **Filing Date** | July 22, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 29, 2015 |
| **Registration Number** | 4916581 |
| **Registration Date** | March 15, 2016 |

| | |
|---|---|
| Owner | (REGISTRANT) CoStar Realty Information, Inc. CORPORATION DELAWARE CoStar Group 1331 L Street, NW Washington D.C. 20005 |
| Attorney of Record | Jody H. Drake |
| Prior Registrations | 2337090;2514538;4103229;AND OTHERS |
| Description of Mark | The color(s) Blue, black and white is/are claimed as a feature of the mark. The mark consists of Five blue polygons which are arranged in a circular fashion so that the inner white figure forms a five pointed star. To the right of the design is the word "CoStar" in Black. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY