# EXHIBIT E



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 10 03:47:06 EST 2017

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 11 out of 136**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | COSTAR GROUP |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Providing an on-line searchable database featuring real estate information. FIRST USE: 20140512. USED IN ANOTHER FORM The mark was first used anywhere in a different form other than that sought to be registered at least as early as 07/00/1990. FIRST USE IN COMMERCE: 20140512 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>26.01.09 - Circles having animals as a border; Circles having geometric figures as a border; Circles having humans as a border; Circles having objects as a border; Circles having plants as a border; Geometric figures, objects, humans, plants or animals forming or bordering the perimeter of a circle.<br>26.15.13 - More than one polygon<br>26.15.21 - Polygons that are completely or partially shaded |
| **Serial Number** | 86428495 |
| **Filing Date** | October 20, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 22, 2015 |
| **Registration Number** | 4911993 |
| **Registration Date** | March 8, 2016 |
| **Owner** | (REGISTRANT) CoStar Realty Information, Inc. CORPORATION DELAWARE 1331 L Street, NW Washington |

| | |
|---|---|
| | D.C. 20005 |
| **Attorney of Record** | Jody H. Drake |
| **Prior Registrations** | 2337090;2514538;2514539;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GROUP" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of five polygons which are arranged in a circular fashion so that the inner figure forms a five pointed star. To the right of the design is the wording "**Costar** Group". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY