**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTER DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC. | )<br>)<br>) |
| Plaintiffs, | ) Case No. 4:16-cv-01288-FJG |
| v. | ) |
| XCELIGENT, INC., | ) |
| Defendant. | ) |

## SPECIAL MASTER'S STATUS REPORT

1. On August 2, 2017, the Court entered an Order Appointing the undersigned as Special Master "for the purpose of resolving the matters referred to the special master in connection with the discovery of [electronically stored information]." August 2, 2017 Order ¶ 1. The Special Master appointment became effective on August, 4, 2017.

2. A hearing was held on October 5, 2017 to address ripe discovery disputes.

3. The undersigned issued a Report and Recommendation on October 10, 2017 making recommendations as to the issues addressed at the October 5, 2017 hearing.

4. To date, no additional discovery matters have been referred to the undersigned. The Special Master is aware, however, that the Court's September 11, 2017 Order on Motions to Compel refers one additional area of dispute to the Special Master if not resolved by the parties.

Dated: November 24, 2017        /s/ Daniel E. Blegen
                                Daniel E. Blegen
                                German May PC
                                1201 Walnut, Suite 2000
                                Kansas City, MO 64106
                                Tel.: 816-471-7700
                                Email: danb@germanmay.com

                                *Special Master*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record for this case:

| | |
|---|---|
| Eric M. Anielak<br>Elizabeth Fessler<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>eanielak@shb.com<br>efessler@shb.com | Robert A. Henderson<br>John M. Tyner<br>Amy D. Fitts<br>POLSINELLI PC<br>900 W. 48th Street, Suite 900<br>Kansas City, MO 64112<br>rhenderson@polsinelli.com<br>jtyner@polsinelli.com<br>afitts@polsinelli.com |
| Nicholas J. Boyle<br>C. Bryan Wilson<br>Matthew H. Blumenstein<br>Jonah E. Perlin<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>nboyle@wc.com<br>bwilson@wc.com<br>mblumenstein@wc.com<br>jperlin@wc.com | *Attorneys for Defendant Xceligent, Inc.* |
| *Attorneys for Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc.* | |

                                  /s/ Daniel E. Blegen
                                Daniel E. Blegen
                                *Special Master*