IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XCELIGENT, INC., <br><br> Defendant. | Case No. 4:16-cv-01288-FJG |

## CONSENT MOTION TO STAY THE CASE

Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. state the following:

1. On December 14, 2017, Defendant Xceligent, Inc. filed a petition for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware. *See In re Xceligent, Inc.*, No. 17-12937-CSS (Bankr. D. Del.).

2. In light of the automatic stay in bankruptcy and the complexity and expenses associated with this litigation, Plaintiffs respectfully submit that this case should be formally stayed.

3. Defendant, through counsel, has agreed to this requested relief.

4. Plaintiffs' request is made for good cause, not for any dilatory reason.

WHEREFORE, Plaintiffs respectfully request an order staying the case, including all claims and counterclaims asserted by all parties, and for any further relief the Court deems just.

Date: December 21, 2017                                    Respectfully Submitted,

/s/ Eric M. Anielak

Eric M. Anielak - MO Bar # 45653
Elizabeth Fessler - MO Bar # 67169
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
eanielak@shb.com
efessler@shb.com

Nicholas J. Boyle (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
nboyle@wc.com
bwilson@wc.com

*Attorneys for Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Robert A. Henderson
John Tyner
Amy D. Fitts
POLSINELLI PC
900 W. 48th Street
Suite 900
Kansas City, MO 64112
Telephone: (816) 374-0530
rhenderson@polsinelli.com
jtyner@polsinelli.com
afitts@polsinelli.com
*Attorneys for Defendant Xceligent, Inc.*

                                        /s/ Eric M. Anielak
                                        Eric M. Anielak