# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC., <br><br>Plaintiffs, <br><br>v. <br><br>XCELIGENT, INC., <br><br>Defendant. | Case No. 4:16-cv-01288-FJG |

## ORDER STAYING THE CASE

Pending before the Court is the plaintiffs' Consent Motion to Stay the Case (Doc. No. 188). On December 14, 2017, Defendant Xceligent, Inc. filed a petition for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware. *See In re Xceligent, Inc.*, No. 17-12937-CSS (Bankr. D. Del.).

Plaintiffs' motion (Doc. No. 188) is **GRANTED**. It is hereby **ORDERED** that this case, including all claims and counterclaims asserted by all parties, is **HEREBY STAYED**. The parties shall file a status report every six months, beginning on **JUNE 22, 2018**, regarding the status of the bankruptcy case.

**IT IS SO ORDERED**.

Date: December 27, 2017  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge