IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COSTAR GROUP, INC., COSTAR REALTY INFORMATION, INC., and LOOPNET, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>XCELIGENT, INC.,<br><br>    Defendant. | Case No. 4:16-cv-01288-FJG |

## JOINT STATUS REPORT

Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") and defendant Xceligent, Inc. ("Xceligent") (collectively, the "Parties") state the following in response to the Court's request for a status report on the bankruptcy case pending in the U.S. Bankruptcy Court for the District of Delaware, *see In re Xceligent, Inc.*, No. 17-12937-CSS (Bankr. D. Del.), as set forth in the Court's December 27, 2017 Order (E.C.F. No. 189):

1. Since the Court's Order staying this action, a Chapter 7 trustee for the debtors' estates in the above-captioned bankruptcy case has been appointed and appears to be proceeding with administration of the estates.

2. On June 21, 2018, Robert Henderson, John Tyner, and Amy Fitts of Polsinelli PC filed a Motion to Withdraw (E.C.F. No. 193) seeking to withdraw as counsel for Xceligent. This Motion is still pending before the Court.

3. On July 27, 2018, the bankruptcy court approved an application by the Chapter 7 trustee to employ and retain Baker Hostetler LLP ("Baker Hostetler") as special defense counsel in this matter. Accordingly, on September 14, 2018, Mark B. Lehnardt and Gregory J. Commins, Jr. of Baker Hostetler filed an entry of appearance in this matter.

4. Counsel for the Parties are unaware of any other developments in the bankruptcy proceedings that concern the action before this Court.

5. Pursuant to the Court's Order, the Parties will report to the Court again regarding the status of the bankruptcy case in six months, by June 22, 2019.

Dated: December 21, 2018     Respectfully submitted,

By: /s/ Eric M. Anielak     By: /s/ Gregory J. Commins (with permission)

Eric M. Anielak - MO Bar # 45653
Elizabeth Fessler - MO Bar # 67169
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
eanielak@shb.com
efessler@shb.com

Nicholas J. Boyle (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
nboyle@wc.com
bwilson@wc.com

*Attorneys for Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc.*

Mark B. Lehnardt - MO Bar # 63670
Gregory J. Commins, Jr. (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
Telephone: (202) 861-1601
Fax: (202) 861-1783
mlehnardt@bakerlaw.com
gcommins@bakerlaw.com

Robert A. Henderson - MO Bar # 28566
John M. Tyner - MO Bar # 58864
Amy D. Fitts - MO Bar # 61460
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Fax: (816) 753-1536
rhenderson@polsinelli.com
jtyner@polsinelli.com
afitts@polsinelli.com

*Attorneys for Defendant Xceligent, Inc.*