UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

COSTAR GROUP, INC., COSTAR )
REALTY INFORMATION, INC., and )
LOOPNET, INC. )
)
        PlaintiffS, )
)
vs. ) Case No. 16-1288-CV-W-FJG
)
XCELIGENT, INC., )
)
        Defendant. )
)

___   Jury Verdict.   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.   This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

Judgment is hereby ENTERED in favor of CoStar and against Xceligent in the amount of five hundred million dollars ($500,000,000.00) on CoStar Realty's claims of copyright infringement, and on CoStar Group's claims of breach of contract, violation of the Computer Fraud and Abuse Act, violation of the Digital Millennium Copyright Act, and unfair competition. It is further

**ORDERED** that

- All counterclaims asserted by Xceligent against CoStar are hereby DISMISSED WITH PREJUDICE.

- Any obligations arising under the Court's July 28, 2017 Order, with respect to the Philippines Documents, are hereby dissolved.

- Any outstanding motions are hereby DENIED AS MOOT.

- This Court shall retain jurisdiction of this matter in law and equity for purposes of enforcing and/or adjudicating claims of violations of this Judgment and Permanent Injunction. Any such matters shall be raised by motion. The parties irrevocably and fully waive and relinquish any argument that venue in or jurisdiction by the Court is improper or inconvenient.

- This Court hereby ORDERS that a Permanent Injunction is entered as set forth in the Order.

- This Court shall retain jurisdiction of this matter in law and equity for purposes of enforcing and/or adjudicating claims of violations of this Judgment and Permanent Injunction.

- The parties irrevocably and fully waive any and all right to appeal this Judgment and Permanent Injunction, to have it vacated or set aside in whole or in part, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.   It is further

**ORDERED** that

This case is hereby marked as closed


| December 3, 2019 | Paige Wymore-Wynn |
|---|---|
| Date | Clerk |

Entered on   December 3, 2019          /s/ Christy Anderson
                                                               (By) Deputy Clerk